AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

D. THOMAS PAGE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV620-087

MARTY ALLEN,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 22nd day of March 2021, the Petitioner's petition filed pursuant to 28 U.S.C. § 2254, is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal and a Certificate of Appealablility. Judgment is hereby entered and this case stands CLOSED.

Approved by: _____

Date: March 22, 2021

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk